# EXHIBIT 1



**IMPORTANT SAFETY RECALL**

This notice applies to your vehicle, **SADHC2S10L1F80769**

July 18, 2023

**SAFETY RECALL H441: Battery Energy Control Module (BECM) software update**

**Vehicle Affected:** Jaguar I-PACE

**Model Year:** 2019-2020

**National Highway Traffic Safety Administration (NHTSA) Recall Number: 23V-369**

**Dear Jaguar I-Pace Owner:**

This notice is sent to you in accordance with the National Traffic and Motor Vehicle Safety Act. Jaguar has decided that a defect which relates to motor vehicle safety exists in certain 2019-2020 MY I-PACE vehicles.

Your vehicle is included in this Recall action.

**What is the reason for this recall?**

On certain vehicles listed above, the high-voltage battery may overheat which increases the risk of a fire and occupant injury and/or injury to persons outside the vehicle, as well as property damage.

**What are the warning signs of this condition?**

If a risk of battery overheating is detected, an Instrument Panel Cluster warning such as 'Traction Battery Fault' and 'Stop Safely Battery Fault' may be displayed. In extreme cases a popping sound and burning smell may be experienced. Smoke and potentially flames may be seen.

**What will Jaguar and your authorized Jaguar Retailer do?**

Your Jaguar retailer will update the Battery Energy Control Module (BECM) software that will monitor the battery pack assembly operational status that indicates where the battery contains conditions which may lead to overheating.

This software provides an enhanced level of vehicle diagnostics that will provide driver warnings in relation to battery condition and where the software determines a risk exists, the High Voltage battery charging capacity is limited to up to 75%.

**What should you do?**

Please contact your preferred authorized Jaguar retailer without delay and provide them with your Vehicle Identification Number (VIN) and request a service appointment to complete the work required under Program Code 'H441'.

There will be no charge to owners for this repair.

Jaguar Land Rover North America, LLC
100 Jaguar Land Rover Way, Mahwah, NJ 07495    Tel: 201.818.8500

Following completion of the recall software update, if a risk of battery overheating is detected, the vehicle will display the following warning message "OK to drive with caution Traction battery fault detected'. If this occurs, please contact your preferred authorized Jaguar Retailer and request a service appointment for the battery diagnosis and, if necessary, repair.



**Are there any precautions that may be taken to minimize the safety risk until the corrective measures are implemented?**

You may continue to drive your vehicle, however customers should park away from structures prior to, and for 30 days after the recall has been completed. Where possible charge outside.

As an extra precaution, until the recall is completed and for the following 30 days, you should avoid charging to more than 75%.

Once the software is installed and the recall completed, it could take up to 30 days to identify if the battery shows any conditions which may lead to a thermal overload. Continue to take precautionary measures during this time.

Customers can also monitor the charging of their vehicle with the latest version of the Jaguar Remote App and stop charging when it reaches 75% state of charge.

**What if I have already had my vehicle software updated?**

If you recently purchased your vehicle from a Jaguar Retailer or if your vehicle had a recent service visit at a Jaguar retailer, your software may already have been updated. If you are not certain the software update has been completed, please contact your Jaguar retailer for confirmation.

If the BECM software has recently been updated in your vehicle, for the next 30 days, please follow the precautionary steps detailed above.

**What if I have previously paid for this concern?**

If you have already paid for this concern before the date of this letter, Jaguar is offering a refund. To qualify for a refund, during the recall repair service appointment, please provide your authorized Jaguar retailer with the original paid receipt.

To avoid delays, please do not send the receipt to Jaguar Land Rover NA, LLC.

**How long will it take?**

The work will be carried out as quickly and efficiently as possible in order to minimize inconvenience to customers and is expected to take approximately one (1) hour although your retailer may need your vehicle for a longer time. Your retailer can provide you with a better estimate of the overall time for the service visit.

**Attention Leasing Agencies:** If you are a vehicle lessor, Federal Regulations require you to forward this notice to your lessee within ten (10) days.

**Moved or no longer own this Jaguar vehicle?**

If you are no longer the owner of this vehicle, Jaguar would appreciate the name and address of the new owner (if known); please fill out and return the enclosed return postage-paid card.

**What should you do if you have further questions?**

If you have any questions or concerns, please contact the Service Manager at your authorized Jaguar retailer for assistance. If you have any queries or concerns that your retailer cannot address, please contact the Jaguar Customer Relationship Center at **1-800-4JAGUAR (1800-452-4877)** and one of our representatives will be happy to assist you.

You may also contact us by email using the following address: jagweb1@jaguarlandrover.com. Please include your full name, address, and VIN of your vehicle in your email.

**If you have the need to contact Jaguar by mail, please use the following address:**

> Jaguar Land Rover North America, LLC
> ATTN: Customer Relationship Center
> 100 Jaguar Land Rover Way
> Mahwah, NJ 07495

If your retailer fails or is unable to remedy this defect without charge and within a reasonable amount of time, you may submit a complaint to the:

> Administrator
> National Highway Traffic Safety Administration
> 1200 New Jersey Ave., S.E.,
> Washington, D.C., 20590

or call the toll-free Vehicle Safety Hotline at 1-888-327-4236 (TTY: 1-800-424-9153); or go to http://www.safercar.gov.

Jaguar appreciates your confidence in our product and wish to do everything we can to retain that confidence. We recognize this service visit may be an inconvenience to you. Jaguar, in cooperation with your authorized Jaguar retailer, will strive to minimize any inconvenience to you caused by this program.

Sincerely,

*[signature]*

Thomas Giese
Director, Technical Services - MA-43
Customer Service