# EXHIBIT 2



**ALL-ELECTRIC JAGUAR I-PACE**

BOOK A TEST DRIVE

European model shown.

Winner of World Car of the Year, World Car Design of the Year and World Green Car*, the Jaguar I-P

> EXPLORE ELECTRIC

**EXTERIOR DESIGN**





European model shown.

The sleek headlight design perfectly blends into the clean lines of Jaguar I-PACE to underpin its futuristic design language, along with satin paint, integrated LED lights and signature double 'J' blades.

Jaguar I-PACE features a bold front grille shield and a sculpted hood scoop for an aerodynamic appearance. The muscular haunches create a powerful stance.

The Black Exterior includes Gloss Black side window surrounds, a Matte Graphite Atlas shield with Gloss Black surround and Gloss Black wing mirror caps. Black badging completes the look.





European model shown.

## INTERIOR DESIGN



European model shown.

For outstanding refinement, sophisticated motor encapsulation reduces sound while the crisp exterior design minimises wind noise.

The Jaguar I-PACE fully-electric architecture allows us to combine luxury craftsmanship, with a generous 25.3 cu.ft of cargo space within the car's interior.

Your I-PACE is available with either Sports or Performance Seats in Windsor Leather.

BUILD YOUR OWN

## THRILLING TO DRIVE, EASY TO LIVE WITH

Experience the electrifying performance of Jaguar with the benefits of electric driving, such as an eight-year warranty^.



European model shown.

## ELECTRIC DRIVING SPECIFICATIONS

**RANGE**

**246**[10]

Drive up to 246 miles on a full charge[10]

**CHARGING TIME**

**10.17** hours[19]

Using a 9.6 kW AC charger, a full charge can be achieved from just 10.17 hours[19]. Perfect for charging at home overnight. Time based on using a 9.6 kW AC charger.

ACCELERATION

## 4.5 seconds³

Capable of 0-60 mph in 4.5 secs³

BUILD YOUR OWN

FEATURES



European model shown.

Thrilling power and dynamics. Zero tailpipe emissions. With an all-electric powertrain the Jaguar I-PACE is a true driver's

Packed with intuitive and responsive technologies, including the Pivi Pro⁷ infotainment system and Amazon Alexa²⁰, with a

Charge at home or en route easily with Jaguar I-PACE. Pro⁷ highlights all charging points along the way.

car.

host of voice control features

## CHOOSE YOUR MODEL



**JAGUAR I-PACE R-DYNAMIC HSE**

- Premium LED Headlights with Signature Daytime Running Lights
- 20" Style 5068, Diamond Turned with Gloss Dark Grey Contrast Wheels
- Fixed Panoramic Roof
- 16-way Heated and Cooled Electric Driver Memory Front Seats
- Meridian$^{TM}$ Sound System

European model shown.

→ EXPLORE MODEL

## KEEP EXPLORING



**JAGUAR I-PACE MODEL**

European model shown.

> EXPLORE MODEL

**SPECIFICATIONS**

View the facts and figures.

European model shown.

> VIEW SPECIFICATIONS

**GALLERY**

View Jaguar I-PACE imagery.

European model shown.

> VIEW GALLERY





> CHOOSE YOUR MODEL

> BUILD YOUR OWN

> SEARCH INVENTORY

> FIND A RETAILER

[1-20] Disclaimers
*World Car of the Year, World Car Design of the Year and World Green Car awarded in 2019.
^View complete details regarding Jaguar EliteCare coverage here, including the new vehicle limited warranty and maintenance coverage, or call 1.800.4.JAGUAR / 1.800.452.4827 or visit your local authorized Jaguar Retailer.

