# EXHIBIT 3



**Jaguar Carlsbad**

📞 **(760) 494-5600**

5334 Paseo Del Norte, Carlsbad 92008-4428, CA, United States





2024

# I-PACE

Electric I-PACE EV400 R-DYNAMIC HSE (394 HP) Dual Motor 90kWh
Automatic

## MSRP* $75,003

## Specification



**Model Year**

**2024**



**Doors**

**5**



**Fuel type**

**Electric**



**Engine Power**

**394 HP**



**Exterior**

**Fuji White**

**Interior**

**Sierra Tan / Ebony**

## Features

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle. The list below will not include any additional options fitted to the vehicle or modifications.

**Driver Convenience**

- ⊘ Two-Zone Climate Control
- ⊘ Interactive Driver Display
- ⊘ Windsor Leather Seats
- ⊘ Keyless Entry & Push Button Start, InControl Remote
- ⊘ Meridian Sound System

**Exterior**

- ⊘ Dynamic Stability Control
- ⊘ Electric Power Assisted Steering
- ⊘ Torque Vectoring By Braking
- ⊘ All Wheel Drive
- ⊘ 394 Horsepower, 512 Lb-Ft Torque
- ⊘ Single Speed Automatic Transmission
- ⊘ All Surface Progress Control (ASPC), Low Traction Launch
- ⊘ Enhanced Brake Regeneration
- ⊘ Air Suspension

**Safety**

- ⊘ Anti-Lock Braking System, Emergency Brake Assist
- ⊘ Blind Spot Assist, Rear Traffic Monitor
- ⊘ Rear Camera, Lane Keep Assist, Driver Condition Monitor
- ⊘ Front & Side Airbags, Perimetric Alarm
- ⊘ Tire Pressure Monitoring System, ISOFIX System For Child Seats

**Other**

- ⊘ Auto High Beam Assist
- ⊘ Traffic Sign Recognition & Adaptive Speed Limiter
- ⊘ Premium Interior Protection Pack
- ⊘ 20" 5 Spoke Gloss Black Alloy Wheels
- ⊘ Siena Tan Windsor Leather Seats
- ⊘ Fuji White Paint
- ⊘ Wireless Device Charging
- ⊘ Wheel Protection Pack
- ⊘ Auto-Dimming Interior Rear View Mirror With HomeLink® Garage Door Opener
- ⊘ Carpet Mats, Metal Treadplates With Jaguar Script
- ⊘ 10"' Touch Pro Duo System With Pivi Pro Infotainment System
- ⊘ Adaptive Cruise Control With Steering Assist
- ⊘ Handover Pack

## Specification

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle.The list below will not include any additional options fitted to the vehicle or modifications.



**Jaguar Rancho Mirage**

📞 **(760) 773-5000**

71377 Highway 111, Rancho Mirage 92270, CA, United States





2024

# I-PACE

Electric I-PACE EV400 R-DYNAMIC HSE (394 HP) Dual Motor 90kWh
Automatic

## MSRP* $81,568

## Description

Carpathian Gray Premium Metallic 2024 Jaguar I-PACE R-Dynamic HSE AWD Single-Speed Automatic Dual Electric Motor Full Extended Leather Upgrade, ABS brakes, Adaptive Dynamics, Adaptive Surface Response (ADSR), Alloy wheels, Black Contrast Roof, Bright Exterior Pack, ClearSight Interior Rear View Mirror, Compass, Electronic Stability Control, Emergency communication system, Front dual zone A/C, Front Fog Lights, Heads-Up Display, Heated door mirrors, Heated front seats, Heated rear seats, Illuminated entry, Light Oyster Suedecloth Headlining, Low tire pressure warning, Panoramic Sunshade Pack, Power Liftgate, Premium Interior Protection

Leather Seat Trim.Recent Arrival!

## Specification



**Model Year**

2024



**Doors**

5



**Fuel type**

Electric



**Engine Power**

394 HP



**Exterior**

Carpathian Grey



**Interior**

Light Oyster / Ebony

## Features

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle. The list below will not include any additional options fitted to the vehicle or modifications.

### Driver Convenience

- ⊘ Two-Zone Climate Control
- ⊘ Interactive Driver Display
- ⊘ Windsor Leather Seats
- ⊘ Keyless Entry & Push Button Start, InControl Remote
- ⊘ Meridian Sound System

### Exterior

- ⊘ Dynamic Stability Control
- ⊘ Electric Power Assisted Steering
- ⊘ Torque Vectoring By Braking
- ⊘ All Wheel Drive
- ⊘ 394 Horsepower, 512 Lb-Ft Torque
- ⊘ Single Speed Automatic Transmission
- ⊘ All Surface Progress Control (ASPC), Low Traction Launch
- ⊘ Enhanced Brake Regeneration
- ⊘ Air Suspension

### Safety

- ⊘ Anti-Lock Braking System, Emergency Brake Assist
- ⊘ Blind Spot Assist, Rear Traffic Monitor
- ⊘ Rear Camera, Lane Keep Assist, Driver Condition Monitor
- ⊘ Front & Side Airbags, Perimetric Alarm
- ⊘ Tire Pressure Monitoring System, ISOFIX System For Child Seats

### Other

- ⊘ Adaptive Dynamics
- ⊘ Adaptive Surface Response (AdSR)
- ⊘ Auto High Beam Assist
- ⊘ Carpathian Grey Paint
- ⊘ Traffic Sign Recognition & Adaptive Speed Limiter
- ⊘ Black Contrast Roof
- ⊘ Premium Interior Protection Pack
- ⊘ Light Oyster Windsor Leather Seats
- ⊘ Light Oyster Suedecloth Headlining
- ⊘ Full Extended Leather Upgrade
- ⊘ Wireless Device Charging
- ⊘ Panoramic Sunshade Pack
- ⊘ Wheel Protection Pack
- ⊘ Auto-Dimming Interior Rear View Mirror With HomeLink® Garage Door Opener
- ⊘ Carpet Mats, Metal Treadplates With Jaguar Script
- ⊘ 10"" Touch Pro Duo System With Pivi Pro Infotainment System
- ⊘ Adaptive Cruise Control With Steering Assist

- ⊘ Front Fog Lights    ⊘ Handover Pack

## Specification

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle.The list below will not include any additional options fitted to the vehicle or modifications.



**JLR Los Angeles, LLC**

📞 **(310) 432-5900**

400 S La Brea Avenue, Los Angeles 90036-3524, California, United States





2024

# I-PACE

Electric I-PACE EV400 R-DYNAMIC HSE (394 HP) Dual Motor 90kWh
Automatic

## MSRP* $77,153

## Description

SANTORINI BLACK 2024 Jaguar I-PACE HSE AWD Single-Speed Automatic Dual Electric Motor11 Speakers, 16-Way Heated & Cooled Powered Sport Seats, 4-Wheel Disc Brakes, 9.04 Axle Ratio, ABS brakes, Air Conditioning, Alloy wheels, AM/FM radio: SiriusXM, Apple CarPlay/Android Auto, Audio memory, Auto High-beam Headlights, Auto-dimming door mirrors, Auto-dimming Rear-View mirror, Auto-leveling suspension, Automatic temperature control, Brake assist, Bumpers: body-color, Compass, Delay-off headlights, Driver door bin, Driver vanity mirror, Dual front impact airbags, Dual front side impact airbags, Electronic Stability Control, Emergency communication system, Exterior Parking Camera Rear, Four wheel independent suspension, Front anti-roll bar, Front Bucket Seats, Front Center Armrest, Front dual zone A/C, Front reading lights, Fully automatic headlights, Garage door transmitter: HomeLink, Heated door mirrors, Heated front seats, Heated rear seats, Heated steering wheel, HVAC memory, Illuminated entry, Low tire pressure warning, Memory seat, Navigation system: Pivi Pro (Connected Navigation), Occupant sensing airbag, Outside temperature display, Overhead airbag, Overhead console, Panic alarm, Passenger door bin, Passenger vanity mirror, Power door mirrors, Power driver seat, Power Liftgate, Power passenger seat, Power steering, Power windows, Radio data system, Radio: Meridian Sound System, Rain sensing wipers, Rear anti-roll bar, Rear fog lights, Rear reading lights, Rear seat center armrest, Rear window defroster, Remote keyless entry, Security system, Speed control, Speed-sensing steering, Split folding rear seat, Spoiler, Sport steering wheel, Steering wheel mounted audio controls, Telescoping steering wheel, Tilt steering wheel,

Traction control, Trip computer, Turn signal indicator mirrors, Variably intermittent wipers, Ventilated front seats, Wheels: 20" 5 Spoke Diamond Turned (Style 5068), and Windsor Leather Seat Trim.

## Specification



**Model Year**

**2024**



**Doors**

**5**



**Fuel type**

**Electric**



**Engine Power**

**394 HP**



**Exterior**

**Santorini Black**

**Interior**

**Sierra Tan / Ebony**

## Features

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle. The list below will not include any additional options fitted to the vehicle or modifications.

**Driver Convenience**

- ⊘ Two-Zone Climate Control
- ⊘ Interactive Driver Display
- ⊘ Windsor Leather Seats
- ⊘ Keyless Entry & Push Button Start, InControl Remote
- ⊘ Meridian Sound System

**Exterior**

- ⊘ Dynamic Stability Control
- ⊘ Electric Power Assisted Steering
- ⊘ Torque Vectoring By Braking
- ⊘ All Wheel Drive
- ⊘ 394 Horsepower, 512 Lb-Ft Torque
- ⊘ Single Speed Automatic Transmission
- ⊘ All Surface Progress Control (ASPC), Low Traction Launch
- ⊘ Enhanced Brake Regeneration
- ⊘ Air Suspension

**Safety**

- ⊘ Anti-Lock Braking System, Emergency Brake Assist
- ⊘ Blind Spot Assist, Rear Traffic Monitor
- ⊘ Rear Camera, Lane Keep Assist, Driver Condition Monitor
- ⊘ Front & Side Airbags, Perimetric Alarm
- ⊘ Tire Pressure Monitoring System, ISOFIX System For Child Seats

**Other**

- ⊘ Auto High Beam Assist
- ⊘ Santorini Black Metallic Paint
- ⊘ Traffic Sign Recognition & Adaptive Speed Limiter
- ⊘ Premium Interior Protection Pack
- ⊘ Siena Tan Windsor Leather Seats
- ⊘ Front Fog Lights
- ⊘ Wireless Device Charging
- ⊘ Wheel Protection Pack
- ⊘ Auto-Dimming Interior Rear View Mirror With HomeLink® Garage Door Opener
- ⊘ Carpet Mats, Metal Treadplates With Jaguar Script
- ⊘ 10''' Touch Pro Duo System With Pivi Pro Infotainment System
- ⊘ Adaptive Cruise Control With Steering Assist
- ⊘ Handover Pack

## Specification

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle.The list below will not include any additional options fitted to the vehicle or modifications.



**Jaguar Newport Beach**

📞 **(949) 640-6445**



1540 Jamboree Road, Newport Beach 92660-5912, CA, United States



2024

# I-PACE

Electric I-PACE EV400 R-DYNAMIC HSE (394 HP) Dual Motor 90kWh
Automatic

## MSRP* $79,353

## Description

PORTOFINO BLUE 2024 Jaguar I-PACE HSE AWD Single-Speed Automatic Dual Electric MotorI-PACE HSE, 4D Sport Utility, Dual Electric Motor, Single-Speed Automatic, AWD, PORTOFINO BLUE, Light Oyster/Light Oyster Stitch w/Windsor Leather Seat Trim, 11 Speakers, 16-Way Heated & Cooled Powered Sport Seats, 4-Wheel Disc Brakes, 9.04 Axle Ratio, ABS brakes, Air Conditioning, Alloy wheels, AM/FM radio: SiriusXM, Apple CarPlay/Android Auto, Audio memory, Auto High-beam Headlights, Auto-dimming door mirrors, Auto-dimming Rear-View mirror, Auto-leveling suspension, Automatic temperature control, Brake assist, Bumpers: body-color, Compass, Delay-off headlights, Driver vanity mirror, Dual front impact airbags, Dual front side impact airbags, Electronic Stability Control, Emergency communication system, Exterior Parking Camera Rear, Four wheel independent suspension, Front anti-roll bar, Front Bucket Seats, Front Center Armrest, Front dual zone A/C, Front reading lights, Fully automatic headlights, Garage door transmitter: HomeLink, Heated door mirrors, Heated front seats, Heated rear seats, Heated steering wheel, HVAC memory, Illuminated entry, Low tire pressure warning, Memory seat, Navigation system: Pivi Pro (Connected Navigation), Occupant sensing airbag, Outside temperature display, Overhead airbag, Overhead console, Panic alarm, Passenger door bin, Passenger vanity mirror, Power door mirrors, Power driver seat, Power Liftgate, Power passenger seat, Power steering, Power windows, Radio data system, Radio: Meridian Sound System, Rain sensing wipers, Rear anti-roll bar, Rear fog lights, Rear reading lights, Rear seat center armrest, Rear window defroster, Remote keyless entry, Security system, Speed control, Speed-sensing steering, Split folding rear seat, Spoiler, Sport steering wheel, Steering wheel mounted audio controls, Telescoping steering wheel, Tilt steering wheel, Traction control, Trip computer, Turn signal indicator mirrors, Variably intermittent wipers, Ventilated front seats, Wheels: 20" 5 Spoke Diamond Turned (Style 5068), Windsor Leather Seat Trim.I-PACE HSE, 4D Sport Utility, Dual Electric Motor, Single-Speed Automatic, AWD, PORTOFINO BLUE, Light Oyster/Light Oyster Stitch w/Windsor Leather Seat Trim, 11 Speakers, 16-Way Heated & Cooled Powered Sport Seats, 4-Wheel Disc Brakes, 9.04 Axle Ratio, ABS brakes, Air Conditioning, Alloy wheels, AM/FM radio: SiriusXM, Apple CarPlay/Android Auto, Audio memory, Auto High-beam Headlights, Auto-dimming door mirrors, Auto-dimming Rear-View mirror, Auto-leveling suspension, Automatic temperature control, Brake assist, Bumpers: body-color, Compass, Delay-off headlights, Driver vanity mirror, Dual front impact airbags, Dual front side

impact airbags, Electronic Stability Control, Emergency communication system, Exterior Parking Camera Rear, Four wheel independent suspension, Front anti-roll bar, Front Bucket Seats, Front Center Armrest, Front dual zone A/C, Front reading lights, Fully automatic headlights, Garage door transmitter: HomeLink, Heated door mirrors, Heated front seats, Heated rear seats, Heated steering wheel, HVAC memory, Illuminated entry, Low tire pressure warning, Memory seat, Navigation system: Pivi Pro (Connected Navigation), Occupant sensing airbag, Outside temperature display, Overhead airbag, Overhead console, Panic alarm, Passenger door bin, Passenger vanity mirror, Power door mirrors, Power driver seat, Power Liftgate, Power passenger seat, Power steering, Power windows, Radio data system, Radio: Meridian Sound System, Rain sensing wipers, Rear anti-roll bar, Rear fog lights, Rear reading lights, Rear seat center armrest, Rear window defroster, Remote keyless entry, Security system, Speed control, Speed-sensing steering, Split folding rear seat, Spoiler, Sport steering wheel, Steering wheel mounted audio controls, Telescoping steering wheel, Tilt steering wheel, Traction control, Trip computer, Turn signal indicator mirrors, Variably intermittent wiper

## Specification



**Model Year**

**2024**



**Doors**

**5**



**Fuel type**

**Electric**



**Engine Power**

**394 HP**



**Exterior**

**Portofino Blue**

**Interior**

**Light Oyster / Ebony**

## Features

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle. The list below will not include any additional options fitted to the vehicle or modifications.

**Driver Convenience**

- ⊘ Two-Zone Climate Control
- ⊘ Interactive Driver Display
- ⊘ Windsor Leather Seats
- ⊘ Keyless Entry & Push Button Start, InControl Remote
- ⊘ Meridian Sound System

**Exterior**

- ⊘ Dynamic Stability Control
- ⊘ Electric Power Assisted Steering
- ⊘ Torque Vectoring By Braking
- ⊘ All Wheel Drive
- ⊘ 394 Horsepower, 512 Lb-Ft Torque
- ⊘ Single Speed Automatic Transmission
- ⊘ All Surface Progress Control (ASPC), Low Traction Launch
- ⊘ Enhanced Brake Regeneration
- ⊘ Air Suspension

**Safety**

- ⊘ Anti-Lock Braking System, Emergency Brake Assist
- ⊘ Blind Spot Assist, Rear Traffic Monitor
- ⊘ Rear Camera, Lane Keep Assist, Driver Condition Monitor
- ⊘ Front & Side Airbags, Perimetric Alarm
- ⊘ Tire Pressure Monitoring System, ISOFIX System For Child Seats

**Other**

- ⊘ Auto High Beam Assist
- ⊘ Traffic Sign Recognition & Adaptive Speed Limiter
- ⊘ Premium Interior Protection Pack
- ⊘ Light Oyster Windsor Leather Seats
- ⊘ 22" 5 Split-Spoke Diamond Turned Alloy Wheels
- ⊘ Wireless Device Charging
- ⊘ Portofino Blue Metallic Paint
- ⊘ Wheel Protection Pack
- ⊘ Auto-Dimming Interior Rear View Mirror With HomeLink® Garage Door Opener
- ⊘ Carpet Mats, Metal Treadplates With Jaguar Script
- ⊘ 10'" Touch Pro Duo System With Pivi Pro Infotainment System
- ⊘ Adaptive Cruise Control With Steering Assist
- ⊘ Handover Pack

## Specification

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle.The list below will not include any additional options fitted to the vehicle or modifications.



**Rusnak / Pasadena**

 **(626) 449-0770**

337 W Colorado Blvd, Pasadena 91105, CA, United States





2024

## I-PACE

Electric I-PACE EV400 R-DYNAMIC HSE (394 HP) Dual Motor 90kWh
Automatic

## MSRP* $75,153

## Specification

| | | | | |
|---|---|---|---|---|
|  |  |  |  | |
| **MODEL YEAR** | **Doors** | **Fuel type** | **Engine Power** | **Exterior** |
| Model Year | | Electric | 394 HP | Santorini Black |
| 2024 | 5 | | | |



**Interior**

Sierra Tan / Ebony

## Features

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle. The list below will not include any additional options fitted to the vehicle or modifications.

### Driver Convenience

- Two-Zone Climate Control
- Interactive Driver Display
- Windsor Leather Seats
- Keyless Entry & Push Button Start, InControl Remote
- Meridian Sound System

### Exterior

- Dynamic Stability Control
- Electric Power Assisted Steering
- Torque Vectoring By Braking
- All Wheel Drive
- 394 Horsepower, 512 Lb-Ft Torque
- Single Speed Automatic Transmission
- All Surface Progress Control (ASPC), Low Traction Launch
- Enhanced Brake Regeneration
- Air Suspension

### Safety

- Anti-Lock Braking System, Emergency Brake Assist
- Blind Spot Assist, Rear Traffic Monitor
- Rear Camera, Lane Keep Assist, Driver Condition Monitor
- Front & Side Airbags, Perimetric Alarm
- Tire Pressure Monitoring System, ISOFIX System For Child Seats

### Other

- Auto High Beam Assist
- Santorini Black Metallic Paint
- Traffic Sign Recognition & Adaptive Speed Limiter
- Premium Interior Protection Pack
- Siena Tan Windsor Leather Seats
- Front Fog Lights
- Wireless Device Charging
- Wheel Protection Pack
- Auto-Dimming Interior Rear View Mirror With HomeLink® Garage Door Opener
- Carpet Mats, Metal Treadplates With Jaguar Script
- 10"' Touch Pro Duo System With Pivi Pro Infotainment System
- Adaptive Cruise Control With Steering Assist
- Handover Pack

## Specification

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle.The list below will not include any additional options fitted to the vehicle or modifications.



**Jaguar San Diego**

📞 **(858) 693-1400**

9320 Miramar Rd, San Diego 92126, CA, United States





2024
# I-PACE

Electric I-PACE EV400 R-DYNAMIC HSE (394 HP) Dual Motor 90kWh
Automatic

## MSRP* $80,083

## Description

Recent Arrival!Come find out why so many people buy their cars at Land Rover San Diego. We have a premium selection, Additional Accessory cost above MSRP of $995 includes Starguard system..Rebates are for Land Rover Financial standard financing, independent financing or cash. Rebates do not apply to subvented and special rates. Tax, Title and Tags not included in vehicle prices shown and must be paid by the purchaser.Dealer Disclosure: Photo may not be of actual vehicle. See dealer for details. Although every reasonable effort has been made to insure the accuracy of the information on this site, absolute accuracy cannot be guaranteed please see dealer for all details. All vehicles subject to prior sale. ADVERTISED PRICE PLUS GOVERNMENT FEES AND TAXES, ANY

FINANCE CHARGES, ANY DEALER DOCUMENT PROCESSING CHARGE, ANY ELECTRONIC FILING CHARGE, AND ANY EMISSION TESTING CHARGE.

## Specification



**Model Year**

**2024**



**Doors**

**5**



**Fuel type**

Electric



**Engine Power**

**394 HP**



**Exterior**

Santorini Black



**Interior**

**Light Oyster / Ebony**

## Features

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle. The list below will not include any additional options fitted to the vehicle or modifications.

### Driver Convenience

- Two-Zone Climate Control
- Interactive Driver Display
- Windsor Leather Seats
- Keyless Entry & Push Button Start, InControl Remote
- Meridian Sound System

### Exterior

- Dynamic Stability Control
- Electric Power Assisted Steering
- Torque Vectoring By Braking
- All Wheel Drive
- 394 Horsepower, 512 Lb-Ft Torque
- Single Speed Automatic Transmission
- All Surface Progress Control (ASPC), Low Traction Launch
- Enhanced Brake Regeneration
- Air Suspension

### Safety

- Anti-Lock Braking System, Emergency Brake Assist
- Blind Spot Assist, Rear Traffic Monitor
- Rear Camera, Lane Keep Assist, Driver Condition Monitor
- Front & Side Airbags, Perimetric Alarm
- Tire Pressure Monitoring System, ISOFIX System For Child Seats

### Other

- Auto High Beam Assist
- Santorini Black Metallic Paint
- Traffic Sign Recognition & Adaptive Speed Limiter
- Basic Interior Protection Pack
- Light Oyster Windsor Leather Seats
- Aluminum Weave Carbon Fiber Trim Finisher
- Wireless Device Charging
- Wheel Protection Pack
- Auto-Dimming Interior Rear View Mirror With HomeLink® Garage Door Opener
- Carpet Mats, Metal Treadplates With Jaguar Script
- 10"' Touch Pro Duo System With Pivi Pro Infotainment System
- Adaptive Cruise Control With Steering Assist
- Handover Pack

## Specification

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle.The list below will not include any additional options fitted to the vehicle or modifications.



**Jaguar San Diego**

📞 **(858) 693-1400**

9320 Miramar Rd, San Diego 92126, CA, United States





2024
# I-PACE

Electric I-PACE EV400 R-DYNAMIC HSE (394 HP) Dual Motor 90kWh
Automatic

## MSRP* $76,153

## Description

Recent Arrival!Come find out why so many people buy their cars at Land Rover San Diego. We have a premium selection, Additional Accessory cost above MSRP of $995 includes Starguard system..Rebates are for Land Rover Financial standard financing, independent financing or cash. Rebates do not apply to subvented and special rates. Tax, Title and Tags not included in vehicle prices shown and must be paid by the purchaser.Dealer Disclosure: Photo may not be of actual vehicle. See dealer for details. Although every reasonable effort has been made to insure the accuracy of the information on this site, absolute accuracy cannot be guaranteed please see dealer for all details. All vehicles subject to prior sale. ADVERTISED PRICE PLUS GOVERNMENT FEES AND TAXES, ANY

FINANCE CHARGES, ANY DEALER DOCUMENT PROCESSING CHARGE, ANY ELECTRONIC FILING CHARGE, AND ANY EMISSION TESTING CHARGE.

## Specification



**Model Year**

**2024**



**Doors**

**5**



**Fuel type**

**Electric**



**Engine Power**

**394 HP**



**Exterior**

**Eiger Grey**



**Interior**

**Light Oyster / Ebony**

## Features

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle. The list below will not include any additional options fitted to the vehicle or modifications.

### Driver Convenience

- Two-Zone Climate Control
- Interactive Driver Display
- Windsor Leather Seats
- Keyless Entry & Push Button Start, InControl Remote
- Meridian Sound System

### Exterior

- Dynamic Stability Control
- Electric Power Assisted Steering
- Torque Vectoring By Braking
- All Wheel Drive
- 394 Horsepower, 512 Lb-Ft Torque
- Single Speed Automatic Transmission
- All Surface Progress Control (ASPC), Low Traction Launch
- Enhanced Brake Regeneration
- Air Suspension

### Safety

- Anti-Lock Braking System, Emergency Brake Assist
- Blind Spot Assist, Rear Traffic Monitor
- Rear Camera, Lane Keep Assist, Driver Condition Monitor
- Front & Side Airbags, Perimetric Alarm
- Tire Pressure Monitoring System, ISOFIX System For Child Seats

### Other

- Auto High Beam Assist
- Traffic Sign Recognition & Adaptive Speed Limiter
- Premium Interior Protection Pack
- 20" 5 Spoke Gloss Black Alloy Wheels
- Light Oyster Windsor Leather Seats
- Front Fog Lights
- Eiger Grey Metallic Paint
- Wireless Device Charging
- Wheel Protection Pack
- Auto-Dimming Interior Rear View Mirror With HomeLink® Garage Door Opener
- Carpet Mats, Metal Treadplates With Jaguar Script
- 10'" Touch Pro Duo System With Pivi Pro Infotainment System
- Adaptive Cruise Control With Steering Assist
- Handover Pack

## Specification

This is the manufacturer's list specification for this model, please verify the details when you view the vehicle.The list below will not include any additional options fitted to the vehicle or modifications.